Takats v Portside Condominium Assoc., Inc. (2025 NY Slip Op 06490)

Takats v Portside Condominium Assoc., Inc.

2025 NY Slip Op 06490

Decided on November 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, GREENWOOD, AND HANNAH, JJ.

855 CA 24-01150

[*1]JOSEPH R. TAKATS, III, AND AMICA MUTUAL INSURANCE COMPANY, AS SUBROGEE OF JOSEPH R. TAKATS, III, PLAINTIFFS-RESPONDENTS,
v
PORTSIDE CONDOMINIUM ASSOCIATES, INC., PORTSIDE CONDOMINIUM BOARD OF MANAGERS, FAIRWOOD REALTY MANAGEMENT CORP., DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. 

LAW OFFICES OF JOHN WALLACE, HARTFORD, CONNECTICUT (JAMES J. NAVAGH OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
COOKE DOYLE LLC, BUFFALO (RODGER P. DOYLE OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Michael Siragusa, A.J.), entered June 24, 2024. The order denied a motion to compel arbitration. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: November 21, 2025
Ann Dillon Flynn
Clerk of the Court